undue influence of William Purcell, deceased, her late husband, whereby the intent and purpose of the said Catherine A. Purcell in making a testamentary disposition of her property was overcome and destroyed, and the desire, will and purpose of the said William Purcell, deceased, was substituted therefor."

*William H. Tompkins* for appellant.

*Fred A. Robbins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

EVA ROESLER, an Infant, by Her Guardian ad Litem, VICTORIA ROESLER, Respondent, *v.* DUNKIRK HOME TELEPHONE COMPANY, Appellant.

*Roesler* v. *Dunkirk Home Telephone Co.*, 166 App. Div. 967, affirmed.

(Argued November 28, 1916; decided December 15, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 25, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff received an electric shock by coming in contact with a wire attached to one of defendant's poles about three feet from the ground, which wire hung across an electric light wire heavily charged with electricity.

*Edward H. Letchworth* for appellant.

*Nelson J. Palmer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.